# NYS Department of State

## Division of Corporations

### Informational Message

The information contained in this database is current through September 19, 2011.

---

No business entities were found for Fusiontech .

Please refine your search criteria.

To continue please do the following:

Tab to Ok and press the Enter key or Click Ok.

Ok

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us