UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

H. LEE HORNBECK, GREGORY F. HURLEY and STEPHAN GAIS,

        Plaintiffs,

- Against

FUSIONTECH, INC.,

        Defendant.
-----------------------------------------------------------------x

Civil Action No.: 11CV6605 (BSJ)

**DECLARATION OF FRANK DiMARTINI**

**Frank DiMartini** hereby declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I am an investment specialist working at National Securities Corporation located at 120 Broadway, New York, New York.

2. I have reviewed the complaint in this matter and confirm that I introduced the loans mentioned therein to the plaintiffs in this case.

3. It is my understanding that the allegations contained in the complaint are true and accurate.

4. Annexed hereto are two letters that I received from FusionTech, Inc. and their out of state counsel, both dated September 13, 2011. I shared these letters with counsel for plaintiffs on September 22, 2011 after I received a copy of the complaint in this matter.

5. It is my understanding that defendant is seeking to transfer all of its assets that remain in New York to another account in the State of Pennsylvania.

6. Without an order freezing these assets, it is my belief that by tomorrow, September 23, 2011, the defendant will not have any assets left in the State of New York.

Dated: New York, New York
       September 22, 2011

                                                  _____
                                                  Frank DiMartini

**FusionTech, Inc.**
孚胜重科有限公司
No.26, Gaoneng Street, High-tech Zone
Dalian, Liaoning, China 116025
中国辽宁大连市高新园区高能街 26 号 116025
Telephone: 86-411-84799486
Fax: 86-411-84799791
Email:investors@cleanfusiontech.com



September 13, 2011

<u>Via email</u>
Robert Newman, Esquire
Newman & Morrison LLP
44 Wall Street, 20th Floor
New York, NY 10005

Dear Mr. Newman:

FusionTech, Inc. has engaged Stevens & Lee PC ("S&L") to be our counsel. Therefore, we are requesting you and Newman & Morrison LLP, as our former counsel, to transfer our funds that you still hold on our behalf to S&L. Specifically, we request that you transfer the remaining sum of our funds that you have held pursuant to an escrow agreement dated December 10, 2010 and continue to hold (Section 4 of the escrow agreement provides that your duties as an escrow agent have ceased and the account holding the escrow funds shall be closed as the underlying offering has been closed).

We have agreed and instructed S&L to hold the transferred funds in our client trust account in the U.S. with S&L. We further agree and represent to you that FusionTech will not seek disbursement of such funds to our operating Chinese subsidiary company or to satisfy any obligations arising in China unless both we and S&L have a good faith and reasonable belief that U.S. creditors and U.S. debt holders holding existing or reasonably foreseeable claims have had such claims satisfied.

We have requested S&L to send you wire transfer instructions and to separately acknowledge to you the conditions set forth in this letter.

Thank you for your prompt attention.

Very truly yours,

Lixin Wang, Chief Executive Officer

*/s/ Lixin Wang*

# STEVENS & LEE
## LAWYERS & CONSULTANTS

1818 Market Street
29th Floor
Philadelphia, PA 19103
(215) 575-0100  Fax (215) 851-0214
www.stevenslee.com

Direct Dial:   (215) 751-2876
Email:  wwu@stevenslee.com
Direct Fax:    (610) 371-7742

September 13, 2011

<u>Via email and regular mail</u>
Robert Newman, Esquire
Newman & Morrison LLP
44 Wall Street, 20th Floor
New York, NY 10005

Dear Mr. Newman:

     Stevens & Lee PC ("S&L") has been engaged as counsel to FusionTech, Inc. (the "Company" or "FushionTech").  The Company has requested that Newman & Morrison LLP ("N&M"), the Company's former counsel, transfer all Company funds held by N&M to S&L.  S&L will place these funds in a client trust account and such funds will not be disbursed without S&L's knowledge and authorization.  Consistent with the Company's agreement not to seek disbursement of such funds to its operating Chinese subsidiary company or to satisfy any obligations arising in China, S&L will not disburse funds in any manner that would be disbursed to China until S&L has a good faith and reasonable belief that U.S. creditors and U.S. debt holders holding existing or reasonably foreseeable claims as of this letter date have such claims satisfied.

     Here are our wire instructions in which to send the Company's funds.  Please confirm with me or my assistant Vivian Hou, when the wire has been sent so we can track it.

WIRE INSTRUCTIONS:

Wachovia
600 Penn Street
Reading, PA 19601
ABA #031201467
Swift Code: PNBPUS33
Account of:  Stevens & Lee, P.C.

Philadelphia  •  Reading  •  Valley Forge  •  Lehigh Valley  •  Harrisburg  •  Lancaster  •  Scranton
Williamsport  •  Wilkes-Barre  •  Princeton  •  Cherry Hill  •  New York  •  Wilmington
A PROFESSIONAL CORPORATION

SL1 1098337v1/000000.00000

Attorney Trust Account: 2000112559573

Special Instructions: please indicate it is for FusionTech, Inc. ( 106878-00002).

Thank you for your prompt attention to this matter.

Sincerely,

William W. Uchimoto