

**FusionTech, Inc.**
孚胜重科有限公司
No.26, Gaoneng Street, High-tech Zone
Dalian, Liaoning, China 116025
中国辽宁大连市高新园区高能街 26 号 116025
Telephone: 86-411-84799486
Fax: 86-411-84799791
Email:investors@cleanfusiontech.com

September 13, 2011

<u>Via email</u>
Robert Newman, Esquire
Newman & Morrison LLP
44 Wall Street, 20th Floor
New York, NY 10005

Dear Mr. Newman:

FusionTech, Inc. has engaged Stevens & Lee PC ("S&L") to be our counsel. Therefore, we are requesting you and Newman & Morrison LLP, as our former counsel, to transfer our funds that you still hold on our behalf to S&L. Specifically, we request that you transfer the remaining sum of our funds that you have held pursuant to an escrow agreement dated December 10, 2010 and continue to hold (Section 4 of the escrow agreement provides that your duties as an escrow agent have ceased and the account holding the escrow funds shall be closed as the underlying offering has been closed).

We have agreed and instructed S&L to hold the transferred funds in our client trust account in the U.S. with S&L. We further agree and represent to you that FusionTech will not seek disbursement of such funds to our operating Chinese subsidiary company or to satisfy any obligations arising in China unless both we and S&L have a good faith and reasonable belief that U.S. creditors and U.S. debt holders holding existing or reasonably foreseeable claims have had such claims satisfied.

We have requested S&L to send you wire transfer instructions and to separately acknowledge to you the conditions set forth in this letter.

Thank you for your prompt attention.

Very truly yours,

Lixin Wang, Chief Executive Officer

*Lixin Wang*